# ALABAMA COURT OF CRIMINAL APPEALS



December 22, 2023

**CR-2022-1370**
Jesse James Maness v. State of Alabama (Appeal from Barbour Circuit Court: CC-19-50)

## NOTICE

You are hereby notified that on December 22, 2023, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk